## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-166

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1. WAYNE TYNER,

    Defendant.

## ENTRYOF APPEARANCE

    Peter Hedeen, of the Law Office of Peter Hedeen LLC, hereby enters his appearance on behalf of the Defendant, Wayne Tyner.

    Dated this Thursday, October 22, 2020.

                               Respectfully submitted,

                               __S/Peter Hedeen___
                               Peter Hedeen
                               2373 Central Park Blvd.
                               Suite 100
                               Denver, CO 80238
                               720-979-0927
                               303-803-1501  Fax

## CERTIFICATE OF MAILING

  I hereby certify that on Thursday, October 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Gregory Holloway, Assistant United States Attorney
Gregory.Holloway@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Wayne Tyner (via U.S. Mail)

        __S/Peter Hedeen___
        Peter Hedeen
        2373 Central Park Blvd.
        Suite 100
        Denver, CO 80238
        720-979-0927
        303-803-1501  Fax