AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   20-mj-166   20-cr-333-RBJ |
| Wayne Tyner | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date:   10/22/2020

/s/ Wayne Tyner
*Defendant's signature*


/s/ Peter Hedeen
*Signature of defendant's attorney*


Peter Hedeen
*Printed name of defendant's attorney*


*Judge's signature*


*Judge's printed name and title*