## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-333-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1. WAYNE TYNER,

    Defendant.

---

## NOTICE OF DISPOSITION

---

    Defendant, Wayne Tyner, by and through his attorney, Peter Hedeen, notifies the Court that a disposition has been reached in this matter. The Defendant requests that this matter be set for a hearing on his change of plea.

    Dated this Friday, October 23, 2020.

                                    Respectfully submitted,

                                    __S/Peter Hedeen___
                                    Peter Hedeen
                                    2373 Central Park Blvd.
                                    Suite 100
                                    Denver, CO 80238
                                    720-979-0927
                                    303-803-1501  Fax

## CERTIFICATE OF MAILING

  I hereby certify that on Friday, October 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Gregory Holloway, Assistant United States Attorney
Gregory.Holloway@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Wayne Tyner (via U.S. Mail)

        __S/Peter Hedeen___
        Peter Hedeen
        2373 Central Park Blvd.
        Suite 100
        Denver, CO 80238
        720-979-0927
        303-803-1501  Fax