FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 OCT 28  AM 11: 46

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America, | ) | |
|---|---|---|
| v. | ) | |
| WAYNE TYNER, | ) | Case No.  20-mj-00166-MEH |
| *Defendant* | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay WAYNE TYNER, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information
☒ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition
☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1039(a)(1) Fraud in connection with obtaining confidential phone records

Date: 10/15/2020

*Issuing officer's signature*

City and state:  Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/2020, and the person was arrested on *(date)* 10/22/2020 at *(city and state)* Denver, CO.

Date: 10/30/2020

*Arresting officer's signature*

T. HOPP / FBI
*Printed name and title*