IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   20-cr-00333-RBJ | Date: April 5, 2021 |
| Courtroom Deputy:   Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:   N/A | Probation:  Ryan Kinsella |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Gregory Holloway* |
| v. | |
| 1. WAYNE TYNER<br>**Defendant** | *Peter Hedeen* |

## COURTROOM MINUTES

**SENTENCING HEARING VIA VIDEO CONFERENCE**

Court in session:  1:00 p.m.

Appearances of counsel via video conference. Probation officer is present via telephone.

Defendant is present on bond via telephone.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant shall serve a term of **Probation** of **3 years** as to Count 1 of the Indictment and a **$1000 fine.**

**ORDERED:** **Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

Court in Recess:  1:16 p.m.            Hearing concluded.            Total time in Court:  00:16